| | | |
|---|---|---|
| Timothy S Daubert   Pro Se | | Wal-Mart (Defendant) |
| P.O. Box 371 | **FILED** | 1250 W. Henderson |
| Lindsay, Ca. 93247 | MAY 1 5 2006 | Porterville, Ca. 93258 |
| 05-11-2006 | CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY_____ DEPUTY CLERK | (559) 758-8195 |
| (559) 562-8041 | | 1: 06 CV 00590 AWI DLB |

My name is Timothy S Daubert. I am the disability advocate in and for the disabled of Tulare County. I am filling this complaint because Wal-Mart has violated title 3 of the Americans With Disabilities Act 1990 and after being told by myself that they were violating Title 3  This  Wal- Mart store  continued to violate Title 3 and thus were discriminating against me. For the reasons I have stated

1. Since July of 1997 This Wal-Mart store put return items in grocery carts and put them in the isle leading to the men's bathroom making it almost impossible for myself or any other disabled person's who are in wheelchairs like myself to go into the bathroom. Sometimes I wet my pants before I could make it to the other bathroom in the layaway department in the back of the store.

2. I told the assistant store manager and the store manager many times about this problem and the assured me it would not happen again.  But every time I visited this store the carts were still there. I visited this store every month sometimes twice a month since 1997.

3. This Wal-Mart store has isles that are too narrow for a wheelchair to go through in the Clothing dept and Jewelry Dept and many times some of the other



MAY 1 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

sectioned of the store the isle are blocked by carts that the workers use to put returns back of the shelves. And the Carts are just left there with no one around. In April of 2006 this Wal-Mart store remodeled the return section and the isle to the bathroom is no longer blocked by carts. But because this Wal-Mart violated title3 of the Americans with Disabilities Act 1990 since 1997. And because this Wal-Mart store discriminated against me by not fixing the problems. Therefore I ask the Federal Judge to grant me relief in the amount of $500,000.00 in punitive damages and $1.5 million for the humiliation and suffering I endured because this Wal-Mart store would not fix the problems I have stated when I told them about them. Or the amount of relief the Federal Judge deems appropriate

Date: 05-11-2006

*Timothy S Daubert* (signature)

Timothy S Daubert