1  CENTER FOR DISABILITY ACCESS, LLP
   M. ERIC PARKAN, ESQ., SBN 35687
2  MARK D. POTTER, ESQ., SBN 166317
   RUSSELL C. HANDY, ESQ., SBN 195058
3  100 EAST SAN MARCOS BLVD., SUITE 400
   SAN MARCOS, CA 92069-2988
4  (760) 480-4162
   (760) 480-4170
5
   ATTORNEY FOR PLAINTIFF, TIMOTHY S. DAUBERT
6

8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA

12 | TIMOTHY S. DAUBERT,         | Case No.: 1: 06CV 00590 AWI DLB
13 |     Plaintiff,              |
   |                             | **PLAINTIFF'S NOTICE OF DISMISSAL**
14 |                             | (as to all Defendants)
15 | v.                          | [Fed.R.Civ.P. Rule 41 (a)(1)]
17 | WAL-MART,
18 |     Defendant.

///
///
///

1

1 **NOTICE IS HEREBY GIVEN** pursuant to Fed.R.Civ.P. 41 (a)(1), Plaintiff,
2 TIMOTHY S. DAUBERT, voluntarily dismisses, without prejudice, his entire Complaint,
3 as to all Defendants.

Dated: September 14, 2006        CENTER FOR DISABILITY ACCESS, LLP


By: _____
    Mark D. Potter,
    Attorney for Plaintiff, Timothy S. Daubert